**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2489**

JOANNE HALL,

        Plaintiff - Appellant,

    v.

DEPARTMENT OF VETERANS AFFAIRS,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:17-cv-00567-MHL)

Submitted:  January 22, 2019                    Decided:  January 24, 2019

Before MOTZ, KEENAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joanne Hall, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joanne Hall appeals the district court's order granting the Department of Veterans Affairs' motion to dismiss and dismissing without prejudice Hall's amended complaint for failure to comply with Virginia's statutory requirements for bringing a medical malpractice action. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Hall's informal brief does not challenge the basis for the district court's disposition, Hall has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*